UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


John R. Crooker

      v.                          Civil No. 05-cv-008-JD

Anheuser Busch, Inc.

PROCEDURAL ORDER

The Motion for Case to be Governed by LR 9.4 Procedures
(document no. 14) was improperly referred to the magistrate judge
by the clerk's office and subsequently ruled on by the magistrate
judge by endorsed order dated September 19, 2005.  The referral
and order of the magistrate judge are vacated.

The court has subsequently ruled on the motion by order
dated September 20, 2005, which shall be docketed.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

September 20, 2005

cc:  David A. Garfunkel, Esquire
      Andrea K. Johnstone, Esquire
      Paul B. Kleinman, Esquire
      Shenanne Ruth Tucker, Esquie