UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| John R. Crooker ) | |
| ) | |
| v. ) | Case No. 1:05-cv-00008-JD |
| ) | |
| Anheuser-Busch, Inc. ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)**

NOW COME the parties, John R. Crooker, and Anheuser-Busch, Inc. and hereby stipulate to the dismissal of the above-captioned action, <u>with prejudice</u>, pursuant to Federal Rule of Civil Procedure 41(a).

WHEREFORE, the parties respectfully request that the Honorable Court:

A. Dismiss this action <u>with prejudice</u>; and

B. Grant such further relief as is just and equitable.

                Respectfully submitted,

                JOHN R. CROOKER

                By his attorneys,

                Bouchard, Kleinman & Wright, P.A.

Dated: October 12, 2007    By:/s/ Shenanne R. Tucker
                                      Shenanne R. Tucker (#15381)

                                      and

ANHEUSER-BUSCH, INC.

By Its Attorneys,
Sheehan Phinney Bass + Green, P.A.

Dated: October 12, 2007       By: /s/ John-Mark Turner (#15610)
    David W. McGrath, #9347
    John-Mark Turner, #15610
    1000 Elm Street, P.O. Box 3701
    Manchester, NH  03105-3701
    (603) 668-0300
    dmcgrath@sheehan.com
    jturner@sheehan.com